IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUSTIN MICHAEL BRADSHAW,<br>　　　　Plaintiff,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br>CNA NATIONAL WARRANTY<br>CORPORATION, and AMERICAN CREDIT<br>ACCEPTANCE, LLC d/b/a<br>ACA – AMERICAN CREDIT<br>ACCEPTANCE LLC,<br>　　　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:15-cv-01110<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## RULE 41(a)(2) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Justin Michael Bradshaw, and Defendants, CarMax Auto Superstores, Inc., CNA National Warranty Corporation, and American Credit Acceptance, LLC d/b/a ACA – American Credit Acceptance LLC, request entry of this Stipulation and Dismissal under Rule 41(a)(2), Federal Rules of Civil Procedure.

The parties stipulate to and Plaintiff Justin Michael Bradshaw dismisses with prejudice his action against CarMax Auto Superstores, Inc., CNA National Warranty Corporation, and American Credit Acceptance, LLC d/b/a ACA – American Credit Acceptance LLC.

Each party is to bear its own costs and attorney fees.

IT IS SO ORDERED.

　　　　Done this ____ day of _____, 2016, at San Antonio, Texas.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATED:

| | |
|---|---|
| LAW OFFICES OF THOMAS SCHUMACHER | ELENIUS FROST & WALSH |
| /s/ *Thomas M. Schumacher (by permission)* <br> Thomas M. Schumacher <br> Texas Bar No. 17851900 <br> 13330 Leopard, Suite 2 <br> Corpus Christi, Texas 78410 <br> *Counsel for Plaintiff* | s/ *Daniel M. Hinkle (by permission)* <br> Daniel M. Hinkle <br> Illinois Bar No. 6283092 <br> 333 S. Wabash Ave., 25th Floor <br> Chicago, IL 60604 <br> *Counsel for CNA National Warranty Corporation* |
| HUGHES WATTERS ASKANASE, L.L.P. | BURR & FORMAN, LLP |
| /s/ *Sabrina A. Neff* <br> Sabrina A. Neff <br> Texas Bar No. 24065813 <br> 1201 Louisiana Street, 28th Floor <br> Houston, Texas 77002 <br> *Counsel for CarMax Auto Superstores, Inc.* | /s/ *Reid Manley (by permission)* <br> Reid Manley <br> Texas Bar No. 24047520 <br> 420 North 20th Street, Suite 3400 <br> Birmingham, AL 35203 <br> *Counsel for American Credit Acceptance, LLC* |